IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Bull Reynolds #224554
**Full name and prison number
of plaintiff(s)**

v.

greg ward I-Sheriff
Mr weeks
Carl rowe
Mr. Jackon

_____
**Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2005 AUG -1  A  9: 2b

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 1:05cv708F
**(To be supplied by Clerk of
U.S. District Court)**

I.    **PREVIOUS LAWSUITS**

A.    Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action?  YES (  )  NO ( ✓ )

B.    Have you begun other lawsuits in state or federal court
relating to your imprisonment?  YES (  )  NO ( ✓ )

C.    If your answer to A or B is yes, describe each lawsuit
in the space below.  (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if
state court, name the county) _____

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

     _____

5.   Disposition (for example:  Was the case dismissed?
     Was it appealed?  Is it still pending?) _____

     _____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT  Geneva county Jail

     _____

     PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Geneva County

     Jail

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
                 NAME                    ADDRESS

      1.  greg ward: Sheriff   N/A

      2.  mr weeks             N/A

      3.  carl rowe            N/A

      4.  mr Jackan            N/A

      5.  _____

      6.  _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED  7-11-2005

     _____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

      GROUND ONE:  _____

     _____

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I Slipped when I was come out of The Shower becouse if The TILFt had Over Flow and it was water all over The Flow. It have been doing That For a bong Time now and I Told Them about it but They have not Fix it That is how I hurt my back

**GROUND TWO:** 7-11-2005 · 4:30 m Geneva Jail Paul L Reynords

---

**SUPPORTING FACTS:** I have put in numerous of Request and They have not Takeing me To The doctor This was The day when I did it 7-11-2005 - Time 4:30

---

**GROUND THREE:**

---

**SUPPORTING FACTS:** This is The Dates That I put Them in, 7-11-2005 Time 4:30 pm. The 7-12-2005 6:05 7-14-2005 Time 7:30 pm. 7-16-2005 Time 10:00 pm 7-18-2005 Time 11:30 Am 7-20-2005 — 4:10, Am

---

3

VI.    **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.**

All medical expences, filing and resonable expenses paid plus $ 20,000.00 phsical + mental anguish.

Paul Saurence Reynolds
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-24-2005
(Date)

Paul Saurence Reynolds
Signature of plaintiff(s)
Paul Laurence Reynolds

Signed and Sworn to before me this 28th day of July, 2005

Connah R. Thomas
Notary Public

4

They poure some Thing down in it but it did
not help it That is how I hurt my back 7-11-2005
Time 4:30 in Geneva Jail paul L Reynolds

because when I was in The Shower I heard
it when Some one Flush it but I did not no
That is had over Flow That Time because I
was in The Shower

This is The day This's happing 7-11-2005
Time 4:30

This 7-24-2005 is when I
get This back.