**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Jackson
   Geneva Co. Jail
   P.O. Box 115
   Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kenneth Jeri_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   1:05CV708-F
   Po+Chp

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 2756

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Weeks
   Geneva Co. Jail
   P.O. Box 115
   Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kenneth Jeri_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   1:05CV708-F
   Po+Chp

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 2732

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540