**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carl Rowe
   Geneva Co. Jail
   P.O. Box 115
   Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kennett Levi_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

   1:05 CV 708-F
   PO + CMP

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7004 2510 0001 0150 2749

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Greg Ward, Sheriff
   Geneva Co. Jail
   P.O. Box 115
   Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kennett Levi_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

   1:05 CV 708-
   PO + CMP

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7004 2510 0001 0150 2725

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540