IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL LAWRENCE REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-708-F |
| ) | |
| GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on September 9, 2005 (Court Doc. No. 7), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from September 12, 2005 to and including October 24, 2005 to file their answer and special report.

Done, this 15th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE