IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-666-MHT-SRW |
| | ) | |
| GENEVA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-708-MHT-SRW |
| | ) | |
| SHERIFF GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONSOLIDATE

COME NOW the Defendants in the above styled causes, by and through their undersigned counsel, and move this Honorable Court to consolidate the above-styled matters. As reasons for so moving, Defendants state as follows:

1.     The two lawsuits styled above have been filed by, and solely on behalf of, the Plaintiff, Paul Lawrence Reynolds. In Civil Action Number 1:05-cv-666-MHT-SRW, "Reynolds I," Plaintiff named as Defendants the Geneva County Jail, Greg Ward, Sheriff of Geneva County, Alabama, Carl Rowe, Donald Weeks, and Amber Paul. The Geneva County Jail has been dismissed as a party to this case. In Civil Action Number 1:05-cv-708-MHT-SRW, "Reynolds II," Plaintiff names as Defendants Greg Ward, Sheriff of Geneva County, Alabama, Carl Rowe, Donald Weeks, and Mark Jackson, Defendants. Therefore, all the Defendants remaining in the two cases

are employees of the Geneva County Sheriff's Department. Further, all remaining Defendants in the two cases are identical except with respect to Amber Paul and Mark Jackson, who are both employees of the Geneva County Sheriff's Department who are assigned to work at the Geneva County Jail.

2.  In "Reynolds I," Plaintiff alleges Defendants will not take him to the doctor for his back, which was hurt when he allegedly fell in the bathroom of the Jail. In "Reynolds II," Plaintiff re-alleges the facts set forth in "Reynolds I" and further alleges that he fell in the bathroom because a toilet had overflowed and that the Defendants knew that the toilet had been overflowing for "a long time." Thus, both lawsuits arise out of the same facts and circumstances, and all testimony and other evidence will be identical with regard to addressing the Plaintiff's allegations in each case.

3.  The Plaintiff's claims for damages and, in all likelihood, any supporting evidence for such damages, are identical in each case. In both Complaints, Plaintiff seeks all medical expenses, filing fees, reasonable expenses, plus $20,000.00 for physical and mental anguish

4.  The parties will be prejudiced by a consolidation of these matters, and a consolidation will, in all respects, be in the best interest of both judicial economy, and the need of the parties to minimize expenditures.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court consolidate the two above-styled cases.

Respectfully submitted this 12th day of October, 2005.

> **s/C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850

Fax: (334) 262-1889
E-mail: rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of October, 2005, I have served the foregoing document on the following:

Paul Lawrence Reynolds
AIS# 224554
Geneva County Jail
P.O. Box 115
Geneva, AL 36340

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 12th day of October, 2005.

**s/C. Richard Hill, Jr.**
OF COUNSEL

3