## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 13, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Reynolds   vs.  Ward, et al
Civil Action No.   1:05-cv-708(F)

The above-styled case has been  reassigned to  Judge Myron H. Thompson.

Please note that the case number is now 1:05-cv-708(T).   This new case number should be used on all future correspondence and pleadings in this action.